THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY M. SCHREINER, Appellant. [919 NYS2d 457]—

 Present—Smith, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.

 LAURIE REBON, Appellant, v DONNA YORK, as Executrix of WARREN M. HELDWEIN, Deceased, Respondent/Third-Party Plaintiff. JUSTIN REBON, Third-Party Defendant-Respondent. [919 NYS2d 435]—

 Present—Smith, J.P., Fahey, Peradotto, Lindley and Martoche, JJ.